# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DANNY BASHAM,** | |
| **Plaintiff,** | |
| vs. | **Case No.** 15-CV-373-RAW |
| **DRAKE NELSON, LLC d/b/a ACTION GROUP STAFFING,** and **UNARCO INDUSTRIES, LLC,** | (Wagoner County District Court Case No. CJ-2015-0298) |
| **Defendants.** | |

## <u>ORDER</u>

Before the court is Plaintiff's Motion to Remand, Defendants' Responses [Docket Nos. 23, 24], and Plaintiff's Reply [Docket No. 26]. Plaintiff now requests the court overrule the motion [Docket No. 26].

Upon review of the Plaintiff's Motion to Remand [Docket No. 18], the Motion is granted in part and denied in part. The Court denies Plaintiff's request to remand the entire case back to state court. This Court severs Plaintiff's claim of Workers' Compensation Retaliation and remands only that claim. All other claims are retained by this Court.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand is granted in part and denied in part as specified above. Plaintiff's claim of Workers' Compensation Retaliation is severed and remanded to Wagoner County District Court.

Additionally, the hearing set for November 17, 2015 at 11:00 a.m. is stricken.

IT IS SO ORDERED this 12th day of November, 2015.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE

Approved as to form:

s/Jeff Laird
Jeff Laird, OBA# 5168
LAIRD HAMMONS LAIRD, PLLC
1230 S.W. 89th St., Suite A
Oklahoma City, OK 73139
Telephone: 405.703.4567
Facsimile:  405.703.4061
E-mail: jeff@lhllaw.com
ATTORNEY FOR PLAINTIFF