UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DANNY BASHAM,**<br><br>      **Plaintiff,**<br><br>vs.<br><br>**DRAKE NELSON, LLC d/b/a ACTION GROUP STAFFING,** a domestic for profit business corporation, and<br>**UNARCO INDUSTRIES, LLC,** a foreign limited liability company,<br><br>      **Defendants.** | **Case No.** 15-CV-373-RAW<br><br>(Wagoner County District Court Case No. CJ-2015-0298) |

## DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, Danny Basham, and dismisses his cause of action as to Defendants without prejudice as to refiling of same.

Dated this  27th  day of April, 2016

                                                Respectfully submitted,

                                                LAIRD, HAMMONS, LAIRD, PLLC

                                                 _s/Chris Hammons_____
                                                Chris Hammons, #20233
                                                1332 S.W. 89th Street
                                                Oklahoma City, OK 73159
                                                Telephone: (405) 703-4567
                                                Facsimile:    (405) 703-4061
                                                E-mail: chris@lhllaw.com
                                                ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF MAILING**

This is to certify that on this __27th__ day of April, 2016, a true and correct copy of the foregoing instrument was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Steven A. Broussard, OBA #12582<br>Stephanie T. Gentry, OBA #18612<br>HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.<br>320 South Boston Avenue, Suite 200<br>Tulsa, OK 74103-3706<br>Telephone:    918.594.0400<br>Facsimile:      918.594.0505<br>Email: sbroussard@hallestill.com<br>Email: sgentry@hallestill.com<br>ATTORNEYS FOR DEFENDANT DRAKE NELSON, LLC, D/B/A ACTION GROUP STAFFING | W. Kirk Turner, OBA #13791<br>Rachel B. Crawford, OBA #20662<br>Jacob S. Crawford, OBA #31031<br>NEWTON, O'CONNOR, TURNER & KETCHUM<br>15 W. Sixth Street, Suite 2700<br>Tulsa, OK 74119<br>Telephone: 918.587.0101<br>Facsimile: 918.587.0102<br>Email: kturner@newtonoconnor.com<br>Email: jcrawford@newtonoconnor.com<br>Email: rcrawford@newtonoconnor.com<br>ATTORNEYS FOR DEFENDANT UNARCO INDUSTRIES, LLC |

s/Chris Hammons_____
Chris Hammons